# IN THE SUPREME COURT OF IOWA

No. 16–0860

Filed July 27, 2018

**CHARLES NICHOLES,**

Appellant,

vs.

**STATE OF IOWA,**

Appellee.

On review from the Iowa Court of Appeals.

Appeal from the Iowa District Court for Dallas County, Gregory A. Hulse, Judge.

An applicant requests further review of a court of appeals decision affirming the district court's denial of his application for postconviction relief. **DECISION OF COURT OF APPEALS VACATED; DISTRICT COURT JUDGMENT REVERSED AND REMANDED.**

Susan R. Stockdale, Windsor Heights, for appellant.

Thomas J. Miller, Attorney General, and Kyle P. Hanson, Assistant Attorney General, for appellee.

**PER CURIAM.**

We vacate the decision of the court of appeals, reverse the judgment of the district court, and remand the case to the district court for further proceedings consistent with our holding in *Schmidt v. State*, 909 N.W.2d 778 (Iowa 2018).

**DECISION OF COURT OF APPEALS VACATED; DISTRICT COURT JUDGMENT REVERSED AND REMANDED.**

This opinion shall not be published.